

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellants

v.

**CITY OF SAN MARCOS, TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On December 18, 2018, The Mayan at San Marcos River, LLC ("The Mayan") filed a notice of accelerated appeal, stating its intent to appeal an order signed by the trial court on December 12, 2018. On January 11, 2019, the City of Martindale, which is an intervenor plaintiff in the underlying lawsuit, also filed a notice of appeal stating its intent to appeal the trial court's order of December 12, 2018, and a motion for extension of time to file its notice of appeal. The City of Martindale's motion for extension of time to file its notice of appeal is GRANTED. *See* TEX. R. APP. P. 26.1(b), 26.3.

The clerk's record has been filed. On January 14, 2019, the court reporter filed a notification of late reporter's record, requesting an additional ten days to file the reporter's record. Her request is GRANTED. The reporter's record has been filed.

Appellants' briefs are due February 5, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court